```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 02371
  DEREK HADLEY
                                            CHAPTER 13

                                            JUDGE: JOHN H SQUIRES
        Debtor
  SSN XXX-XX-6956
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/10/06 and confirmed on 06/06/06.

2. The plan is paid in full.

3. The Debtor paid a total of $ 8230.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 4223.36 | .00 | 4223.36 |
| HINSDALE POINT CONDO ASS | SECURED | 1076.79 | .00 | 1076.79 |
| THE CHICAGO DEPT OF REVE | UNSECURED | 630.00 | .00 | 630.00 |
| CITY OF COUNTRY CLUB HIL | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 5300.15 | .00 | 630.00 | .00 | 5930.15 |
| PRINCIPAL PAID | 5300.15 | .00 | 630.00 | .00 | 5930.15 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 5300.15 | .00 | 630.00 | .00 | 5930.15 |

The Debtor's attorney, JOYNER LAW OFFICE            , was allowed $ 2500.00 and was paid $ 526.00 direct and $ 1974.00 through the plan.

The Trustee received $ 324.64 .

Refunds to the Debtor totaled $ 1.21 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 09/09/08                  /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE

                                    PAGE   2
       CASE NO. 06 B 02371 DEREK HADLEY